IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTERPORT, INC., and | § | |
| MATTERPORT OPERATING, LLC, | § | |
| | § | No. 43, 2022 |
| Defendants Below, Appellants, | § | |
| | § | |
| v. | § | Court Below:  Court of Chancery |
| | § | of the State of Delaware |
| WILLIAM J. BROWN, | § | |
| | § | |
| Plaintiff Below, Appellee. | § | C.A. No. 2021-0595 |

Submitted:  July 13, 2022
Decided:  July 27, 2022

Before **SEITZ**, Chief Justice, **VALIHURA**, and **TRAYNOR**, Justices.

## O R D E R

This 27th day of July 2022, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Post-Trial Memorandum Opinion Regarding Count I, dated January 10, 2022 and the Order and Partial Final Judgment dated January 12, 2022;

NOW THEREFORE IT IS ORDERED that the decision and judgment of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice